## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE**<br><br>**v.**<br><br>**MERCY CATHOLIC MEDICAL CENTER** | **CIVIL ACTION**<br><br>**NO. 15-2085** |

## ORDER

**AND NOW** this 17th day of July, 2019, upon consideration of Defendant's Motion for Sanctions (ECF 97), Defendant's Motion for Summary Judgment (ECF 100), Defendant's Motion for Leave to File a Sur-Sur-Reply (ECF 125), and Plaintiff's Motion for Leave to Correct Her Declaration (ECF 131), and upon consideration of all submissions related to these Motions, having held oral argument, and as laid out in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion for Leave to File a Sur-Sur-Reply (ECF 125) is **DENIED**;

2. Plaintiff's Motion for Leave to Correct Her Declaration (ECF 131) is **GRANTED**, and the Court has accepted the declaration submitted as Exhibit A to that Motion;

3. Defendant's Motion for Sanctions (ECF 97) is **DENIED**;

4. Defendant's Motion for Summary Judgment (ECF 100) is **GRANTED**. Plaintiff's Third Amended Complaint is dismissed, and the Clerk of Court is directed to close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____

**MICHAEL M. BAYLSON, U.S.D.J.**