# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANE DOE | CIVIL ACTION |
|---|---|
| v. | NO. 15-2085 |
| MERCY CATHOLIC MEDICAL CENTER | |

# ORDER

**AND NOW** this 24th day of June, 2019, it is hereby **ORDERED** that the Plaintiff's Motion to Amend the Complaint, and to Reinstate State Law Claims, is **DENIED**. The reasons will be set forth in the subsequent Memorandum.

                                            **BY THE COURT:**

                                            s/ Michael M. Baylson

                                            _____
                                            **MICHAEL M. BAYLSON, U.S.D.J.**